UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-62424-SCOLA/SELZER

CHRISTINA ULBRICH, as an individual and as a
Representative of the classes,

       Plaintiff,

v.

GMAC MORTGAGE, LLC, formerly known as
GMAC MORTGAGE CORPORATION, and
BALBOA INSURANCE SERVICES, INC.

       Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Balboa Insurance Services, Inc. ("BIS"), through their respective undersigned counsel, hereby notify the Court that they have executed a Settlement Term Sheet in connection with a proposed class action settlement of this matter as it relates to BIS. The proposed settlement will be memorialized in a complete written settlement agreement, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within 30 days. The parties proposed settlement is expressly subject to and conditioned upon obtaining preliminary and final approval from this Court.

Dated: October 22, 2012

Respectfully submitted,

s/Brian W. Toth
William N. Shepherd
Florida Bar No. 88668
william.shepherd@hklaw.com
**Holland & Knight LLP**
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL 33401
Telephone: (561) 650-8338

Facsimile: (561) 650-1608

Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
**Holland & Knight LLP**
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone: (305) 789-7510
Facsimile: (305) 789-7799

Robyn C. Quattrone (*pro hac vice*)
rquattrone@buckleysandler.com
Katherine Halliday (*pro hac vice*)
khalliday@buckleysandler.com
**BuckleySandler LLP**
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080

*Attorneys for Balboa Insurance*
 *Services, Inc.*

s/Timothy Selander
E. Michelle Drake
drake@nka.com
Kai Richter
krichter@nka.com
Timothy C. Selander
selander@nka.com
**Nichols Kaster, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-200
Facsimile: (612) 338-4878

Erika Deutsch Rotbart
edrotbart@dralawfirm.com
**Deutsch Rotbart &**
**Associates PA**
4755 Technology Way
Suite 106
Boca Raton, FL 33431
Telephone: (561) 3618010

2

Facsimile: (561) 361-8086
*Attorneys for Christina Ulbrich*

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of this document was served by CM/ECF on October 22, 2012, on all counsel or parties of record on the Service List below.

                s/Brian W. Toth
                Brian W. Toth

**SERVICE LIST**

| | |
|---|---|
| E. Michelle Drake<br>drake@nka.com<br>Kai Richter<br>krichter@nka.com<br>Timothy C. Selander<br>selander@nka.com<br>Nichols Kaster, PLLP<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 338-4878<br>*Attorneys for Christina Ulbrich* | Jennifer Cohen Glasser<br>jennifer.glasser@akerman.com<br>Akerman Senterfitt<br>Suntrust International Center<br>One Southeast Third Avenue<br>25th Floor<br>Miami, FL 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>*Attorney for GMAC Mortgage, LLC* |
| Erika Deutsch Rotbart<br>edrotbart@dralawfirm.com<br>Deutsch Rotbart & Associates PA<br>4755 Technology Way<br>Suite 106<br>Boca Raton, FL 33431<br>Telephone: (561) 361-8010<br>Facsimile: (561) 361-8086<br>*Attorneys for Christina Ulbrich* | Henry F. Reichner<br>hreichner@reedsmith.com<br>Joe Nguyen<br>jnguyen@reedsmith.com<br>Reed Smith, LLP<br>1650 Market Street<br>2500 One Liberty Place<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8100<br>Facsimile: (215) 851-1420<br>*Attorneys for GMAC Mortgage, LLC* |